# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

ANGELIQUE BARNETT,

                Plaintiff,

v.                                          CIVIL ACTION NO.  2:25-cv-00177

STATE OF WEST VIRGINIA., et al.,

                Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On August 12, 2025, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 4] ("PF&R") and recommended that the court **DENY** Plaintiff's application to proceed without prepayment of fees and costs as moot, **DISMISS** this case, and **REMOVE** this case from the court's active docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Plaintiff's application to proceed without prepayment of fees and costs as moot, **DISMISSES** this case, and **REMOVES** this case from the court's active docket

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party and **REMOVE** this case from the court's docket.

ENTER: October 7, 2025

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE